■ In the Matter of the Claim of RUSSEL C. SMITH, Respondent, v. EVERGREEN CEMETERY ASSOC. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— STALEY, JR., J.

744

Herlihy, J. P., Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.